IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LELAND D. KISOR                                                                    PLAINTIFF

           v.                              CIVIL NO. 03-3069

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                     DEFENDANT

## O R D E R

The Report and Recommendation filed on April 26, 2006 (Doc. # 6), is set aside and a new Order will be issued.

IT IS SO ORDERED this 26th day of April 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE